JS - 6

STAYED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV09-1414-DOC(MLGx) | Date | March 12, 2010 |
|---|---|---|---|
| Title | JOSEPHINE PHAM -V- MICRO THERAPEUTICS, INC.; et al. | | |

| Present: The Honorable | DAVID O. CARTER | |
|---|---|---|
| Kristee Hopkins | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   [IN CHAMBERS]   ORDER STAYING ACTION PENDING FINAL SETTLEMENT AND REMOVING CASE FROM ACTIVE CASELOAD

The Court is in receipt of a Notice of Settlement filed by Defendant, February 25, 2010.  The Court hereby orders all proceedings in the case stayed pending final settlement.  Accordingly, any pending hearings are now VACATED.  No appearance will be required at the scheduling conference previously for March 15, 2010.

It is further ordered that this action is removed from the Court's active caseload, subject to the right, upon good cause shown by **April 23, 2010**, to reopen the action if settlement is not consummated. Counsel shall file settlement documents and/or a dismissal with this Court by **April 23, 2010**, The Court retains full jurisdiction over this action and this order shall not prejudice any party in the action.

:   0

Initials of Preparer

sdm